# EXHIBIT 2


MENU





# Thomas M. Clarke

AKA: Tom Clarke

AGE: 64 | BORN: 



✓ **CURRENT**

(540) 254-1010

📟 Landline

More details ()



✓ **CURRENT**

16620 Lee HWY

Buchanan, VA 24066

More details ()



**RELATIVES**

Clarissa Rae Clarke

AGE: 38

More details ()



**EMPLOYMENT**

General Manager

*Kissito Healthcare Inc*

More details ()



**COURT RECORDS**

We found 13 civil court records and no criminal records.

More details ()



SAVED

# LOCATION



(https://www.bing.com/maps?cp=37.504349999999995~-79.72595&lvl=10&style=r&FORM=BMLOGO)

**16620 Lee HWY**
**Buchanan, VA 24066** (maps://?q=16620%20Lee%20HWY,%20Buchanan,%20VA,%2024066&sll=37.50435,-79.72595)

*Thomas lived at this address from 2006-2020*

✓ **CURRENT**

**Shown on map**

**Get property details** (/reverse-address-lookup/16620-Lee-HWY/Buchanan-VA)

---

**3918 Belle Aire CIR SW**
**Roanoke, VA 24018** (maps://?q=3918%20Belle%20Aire%20CIR%20SW,%20Roanoke,%20VA,%2024018&sll=37.26288,-8...)

*Thomas lived at this address from 2006-2017*

**View on map**

**Get property details** (/reverse-address-lookup/3918-Belle-Aire-CIR-SW/Roanoke-VA)

---

**2 Gaston DR**
**360**
**Pittsfield, MA 01201** (maps://?q=2%20Gaston%20DR,%20360,%20Pittsfield,%20MA,%2001201&sll=42.42001,-73.20431)

*Thomas lived at this address from 1980-1996*

**View on map**

**Get property details** (/reverse-address-lookup/2-Gaston-DR/Pittsfield-MA?unitnumber=360)

---

**2232 Tannehill DR**

**View on map**

**Get property**

Roanoke, VA 24018 (maps://?
q=2232%20Tannehill%20DR,%20Roanoke,%20VA,%2024018&sll=37.242004,-80.028336)

*Thomas lived at this address from 1980-2005*

**Get property details (/reverse-address-lookup/2232-Tannehill-DR/Roanoke-VA)**

**1573 East ST**
Pittsfield, MA 01201 (maps://?
q=1573%20East%20ST,%20Pittsfield,%20MA,%2001201&sll=42.454586,-73.21142)

*Thomas lived at this address from 1980-2005*

 **View on map**

**Get property details (/reverse-address-lookup/1573-East-ST/Pittsfield-MA)**

**5228 Valleypointe PKWY 1**
Roanoke, VA 24019 (maps://?
q=5228%20Valleypointe%20PKWY,%201,%20Roanoke,%20VA,%2024019&sll=37.333317,-80.405928)

*Thomas lived at this address from 2013-2014*

 **View on map**

**Get property details (/reverse-address-lookup/5228-Valleypointe-PKWY/Roanoke-VA?unitnumber=1)**

**44 Clydesdale DR**
Pittsfield, MA 01201 (maps://?
q=44%20Clydesdale%20DR,%20Pittsfield,%20MA,%2001201&sll=42.416786,-73.24269)

*Thomas lived at this address from 1980-1994*

 **View on map**

**Get property details (/reverse-address-lookup/44-Clydesdale-DR/Pittsfield-MA)**

**PO Box 400**
Cloverdale, VA 24077 (maps://?
q=PO%20Box%20400,%20Cloverdale,%20VA,%2024077&sll=37.37261,-79.90133)

See less ∧



## PHONE NUMBERS

✓ **CURRENT**(540) 254-1010 **(tel:(540) 254-1010)**
  📞 Landline
*Home | Thomas had this phone number from 2006-2020*

✓ **CURRENT**

(540) 254-2417 **(tel:(540) 254-2417)**                                 📞 Landline
*Home | Thomas had this phone number from 2006-2020*

(540) 400-0868 **(tel:(540) 400-0868)**                                 📞 Landline
*Home | Thomas had this phone number from 1980-2006*

(413) 499-2823 **(tel:(413) 499-2823)**                                 📞 Landline
*Home | Thomas had this phone number from 1980-2006*

(413) 443-4950 **(tel:(413) 443-4950)**                                 📞 Landline
*Home*

(540) 265-0322 **(tel:(540) 265-0322)**                                 📞 Landline
*Work*

**See less ∧**



## RELATIVES



**Clarissa Rae Clarke**
(/account/reports/generate/person/061EAWV1P72?cityState=Roanoke%2C%20VA&firstName=Clarissa&lastName=Clarke&middleName=Rae

AGE: 38

Roanoke, VA



**Danielle L. Lang**
(/account/reports/generate/person/066ADARYcityState=Reading%2C%20MA&firstName=Dan

AGE: 44

Reading, MA



**Linda M. Clarke**
(/account/reports/generate/person/06A8G552Sd5?cityState=Medford%2C%20MA&firstName=Linda&lastName=Clarke&middleName=M

AGE: 67

Medford, MA



**Matthew T. Clarke**
(/account/reports/generate/person/06AC5S8E?cityState=Pittsfield%2C%20MA&firstName=Ma

AGE: 36

Pittsfield, MA



**Stewart Randal Clarke**
(/account/reports/generate/person/0C6Y9RYAF3O?cityState=Saco%2C%20ME&firstName=Stewart&lastName=Clarke&middleName=Randal

AGE: 57

Saco, ME



**Sarah Clarke**
(/account/reports/generate/person/0PRDPDJ1?cityState=Pittsfield%2C%20MA&firstName=Sarah&lastName=Clarke

AGE: Unknown

Pittsfield, MA



**Ana Mercedes Clarke**
(/account/reports/generate/person/06XQK07JH71?cityState=Buchanan%2C%20VA&firstName=Ana&lastName=Clarke&middleName=Mercedes

AGE: 41

Buchanan, VA

**See less ^**



**EMPLOYMENT & EDUCATION**

 



## General Manager
Kissito Healthcare Inc
Company Size: $1 mil to less than $5 mil · Employee Range: 500 to less than 1,000
**more + ()**



## CEO
Kissito Healthcare Inc
Company Size: $50 mil to less than $100 mil - Employee Range: 500 to less than 1,000
**more + ()**



## Principal
Kissito Healthcare Inc
Company Size: $25 mil to less than $50 mil · Employee Range: 500 to less than 1,000
**more + ()**

**See less ^**



## EMAIL

[tom.clarke@kissito.org](mailto:tom.clarke@kissito.org)

[clarke@kissitohealthcare.org](mailto:clarke@kissitohealthcare.org)

[t.clarke@kissitohealthcare.org](mailto:t.clarke@kissitohealthcare.org)

See less ∧



No social profiles were found



No marriage & divorce records were found.



## COURT RECORDS

      

**CRITERIA (0)**            **CIVIL (13)**            **FEDERAL**

CRIMINAL (0)

**What's included? ()**

⊘ **STATE CHECK**

There are no criminal records found for Thomas M. Clarke in the state of Virginia.

**Report Limitations ()**

**Expand your search to nationwide ()**

Complete your report on Thomas by searching criminal records nationwide for $19.95.

**UPGRADE NOW**

**See less ^**