# EXHIBIT 3


MENU


SAVE



# Ana Mercedes Clarke

AKA: Ana Clarke Velasquez, Ana M. Velasquez

AGE: 41 | BORN: 



✓ **CURRENT**

(540) 254-1010

🖩 Landline

More details ()



✓ **CURRENT**

16620 Lee HWY

Buchanan, VA 24066

More details ()



**RELATIVES**

Thomas M. Clarke

AGE: 64

More details ()



**LOCATION**



(https://www.bing.com/maps?cp=37.504349999999995~-79.72595&lvl=10&style=r&FORM=BMLOGO)

**16620 Lee HWY**
Buchanan, VA 24066 (maps://?q=16620%20Lee%20HWY,%20Buchanan,%20VA,%2024066&sll=37.50435,-79.72595)

*Ana lived at this address from 2007-2020*

✓ CURRENT

📖 Shown on map

🏠 Get property details (/reverse-address-lookup/16620-Lee-HWY/Buchanan-VA)

**3918 Belle Aire CIR SW**
Roanoke, VA 24018 (maps://?q=3918%20Belle%20Aire%20CIR%20SW,%20Roanoke,%20VA,%2024018&sll=37.26288,-8...)

*Ana lived at this address from 2006-2017*

📍 View on map

🏠 Get property details (/reverse-address-lookup/3918-Belle-Aire-CIR-SW/Roanoke-VA)

**5622 Orchard Villas CIR**
Roanoke, VA 24019 (maps://?q=5622%20Orchard%20Villas%20CIR,%20Roanoke,%20VA,%2024019&sll=37.351517,-79...)

*Ana lived at this address from 2016-2018*

📍 View on map

🏠 Get property details (/reverse-address-lookup/5622-Orchard-Villas-CIR/Roanoke-VA)

**5039 Labradore DR NE**
Roanoke, VA 24012 (maps://?q=5039%20Labradore%20DR%20NE,%20Roanoke,%20VA,%2024012&sll=37.324966,-79.8...)

*Ana lived at this address from 2007-2014*

📍 View on map

🏠 Get property details (/reverse-address-lookup/5039-Labradore-DR-NE/Roanoke-VA)

**2232 Tannehill DR**
Roanoke, VA 24018 (maps://?q=2232%20Tannehill%20DR,%20Roanoke,%20VA,%2024018&sll=37.242004,-80.028336)

📍 View on map

🏠 Get property details (/reverse-address-lookup/2232-...

Tannehill-DR/Roanoke-VA)

8782 Sanderson DR Cloverdale, VA 24077 (maps://?q=8782%20Sanderson%20DR,%20Cloverdale,%20VA,%2024077&ll=37.36267,-79.90889)

View on map

Get property details (/reverse-address-lookup/8782-Sanderson-DR/Cloverdale-VA)

See less ^



PHONE NUMBERS

✓ **CURRENT**(540) 254-1010 **(tel:(540) 254-1010)**
   🖫 Landline
*Home | Ana had this phone number from 2006-2020*

✓ **CURRENT**

(540) 254-2417 **(tel:(540) 254-2417)**                        🖫 Landline
*Home | Ana had this phone number from 2006-2020*

(540) 977-0105 **(tel:(540) 977-0105)**                        🖫 Landline
*Home | Ana had this phone number from 2007-2014*

(540) 400-0868 **(tel:(540) 400-0868)**                        🖫 Landline
*Home | Ana had this phone number from 2007-2008*

(540) 206-3632 **(tel:(540) 206-3632)**    Landline

Home

## See less ∧



### RELATIVES



**Thomas M. Clarke (/account/reports/generate/person/062NN0KHAPQ?cityState=Buchanan%2C%20VA&firstName=Thomas&lastName=Clarke&middleName=M)**

AGE: 64

Buchanan, VA

## See less ∧



No employment or education details were found.



### EMAIL

anavela24@hotmail.com

(mailto:anavela24@hotmail.com)

**See less** ︿



No social profiles were found



No marriage & divorce records were found.



**COURT RECORDS**

            

**CRIMINAL**         **CIVIL**         **FEDERAL**

**What's included? ()**

Check for criminal records nationwide that may belong

to Ana for $19.95.

**Report Limitations ()**

**ADD TO REPORT**

This will include all criminal records we have found in the United States that may belong to Ana Mercedes Clarke, Results can include when available (**Report Limitations ()**):

- Records
- Sex offenses
- Other offenses
- Misdemeanors
- Traffic violations

**See less ^**



## SIMILAR MATCHES

Not the right Ana? Your report includes People Reports for everyone with this name, to make sure you find the right person.

### Ana V. Dutra-clarke

AGE: 63 | BORN: ▓▓▓▓▓▓▓

**AVAILABLE**

| LOCATIONS | RELATIVES | PHONE NUMBERS |
|---|---|---|
| 1712 Burgan AVE<br>Clovis, CA 93611<br><br>**+ 7 more** | **Robert Clarke**<br>(/account/reports/generate/person/1EA7PFBMVEP?firstName=Robert&lastName=Clarke)<br><br>**+ 1 more** | (732) 549-5080<br><br>**+ 2 more** |

**Get full report (/account/reports/generate/person/1CTS6DK4JRY?firstName=Ana&lastName=Dutra-clarke&middleName=V)**

## Ana Clarke

AGE: 20 | BORN: ███████

AVAILABLE

| LOCATIONS | RELATIVES | PHONE NUMBERS |
|---|---|---|
| 3124 Kadema DR<br>Sacramento, CA 95864 | **Margaret Clarke** (/account/reports/generate/person/08SE1VM6J20?firstName=Margaret&lastName=Clarke)<br><br>+ 2 more | - |

**Get full report** (/account/reports/generate/person/1697AH7ABTK?firstName=Ana&lastName=Clarke)

## Ana Dutra

AGE: 42 | BORN: ███████

AVAILABLE

| LOCATIONS | RELATIVES | PHONE NUMBERS |
|---|---|---|
| 41 Memorial PKWY<br>Metuchen, NJ 08840<br><br>+ 9 more | **Victor Dutra** (/account/reports/generate/person/06VEFQ29WNJ?firstName=Victor&lastName=Dutra)<br><br>+ 5 more | (732) 549-5080<br><br>+ 2 more |

**Get full report** (/account/reports/generate/person/0G9YW17VJW2?firstName=Ana&lastName=Dutra)

## Ana M. Clarke

AVAILABLE

AGE: 34 | █████████████

| LOCATIONS | RELATIVES | PHONE NUMBERS |
|---|---|---|
| 926 Three Forks DR<br>Katy, TX 77450<br><br>**+ 4 more** | **Teri Clarke (/account/reports/generate/person/06SZM6J5SVJ?firstName=Teri&lastName=Clarke)**<br><br>**+ 3 more** | (713) 698-8413<br><br>**+ 2 more** |

**Get full report (/account/reports/generate/person/0CWMB6AYMA8?firstName=Ana&lastName=Clarke&middleName=M)**

# Ana Clarke

AGE: 67 | BORN: █████████████    AVAILABLE

| LOCATIONS | RELATIVES | PHONE NUMBERS |
|---|---|---|
| 5039 Labradore DR NE<br>Roanoke, VA 24012<br><br>**+ 2 more** | | (540) 977-0105<br><br>**+ 2 more** |

**Get full report (/account/reports/generate/person/0CHAJB7CWHX?firstName=Ana&lastName=Clarke)**

# Ana Arroyo Clarke

AGE: 61 | BORN: ██████████     AVAILABLE

| LOCATIONS | RELATIVES | PHONE NUMBERS |
|---|---|---|
| 1255 Peapond RD<br>Bellmore, NY 11710<br><br>**+ 3 more** | **Angela Arroyo (/account/reports/generate/person/060BS9KWWDB?firstName=Angela&lastName=Arroyo)**<br><br>**+ 2 more** | (516) 826-5237<br><br>**+ 2 more** |

**Get full report (/account/reports/generate/person/0C3AV7MEH8Y?firstName=Ana&lastName=Clarke&middleName=Arroyo)**

# Ana C. Clarke

AGE: 63 | BORN:

AVAILABLE

| LOCATIONS | RELATIVES | PHONE NUMBERS |
|---|---|---|
| 41 Memorial PKWY<br>Metuchen, NJ 08840<br><br>**+ 1 more** | **Marina Clarke (/account/reports/generate/person/0NA90J3Q022?firstName=Marina&lastName=Clarke)**<br><br>**+ 1 more** | (732) 549-5080 |

**Get full report (/account/reports/generate/person/0C0TCZTMR1E?firstName=Ana&lastName=Clarke&middleName=C)**

# Ana M. Clarke

AGE: 27 | BORN: 

AVAILABLE

| LOCATIONS | RELATIVES | PHONE NUMBERS |
|---|---|---|

| | | |
|---|---|---|
| 4457 1st AVE N<br>Saint Petersburg, FL 33713 | **Laura Clarke (/account/reports/generate/person/06SG56S88WF?firstName=Laura&lastName=Clarke)** | (727) 341-4468 |
| **+ 3 more** | **+ 3 more** | |

⌄

**Get full report (/account/reports/generate/person/0B65PEYMKCF?firstName=Ana&lastName=Clarke&middleName=M)**

## Ana Luz Clarke

AGE: 62 | BORN: ▮▮▮▮▮▮▮▮

AVAILABLE

| LOCATIONS | RELATIVES | PHONE NUMBERS |
|---|---|---|
| 13469 SW 62nd ST 5<br>Miami, FL 33183 | **Neika Clarke (/account/reports/generate/person/060D9QP2F6W?firstName=Neika&lastName=Clarke)**<br>+ 3 more | (305) 383-7320 |
| **+ 3 more** | **+ 1 more** | |

⌄

**Get full report (/account/reports/generate/person/08RZ4S603R5?firstName=Ana&lastName=Clarke&middleName=Luz)**

## Ana Elena Clarke

AGE: 65 | BORN: ▮▮▮▮▮▮▮▮

AVAILABLE

| LOCATIONS | RELATIVES | PHONE NUMBERS |
|---|---|---|
| | | (717) 846-3804 |

7805 Rosalind AVE
Cape Canaveral, FL
32920

**James Clarke
(/account/reports/generate/person/0619P4XC9B3?
firstName=James&lastName=Clarke)**

**+ 2 more**

**+ 7 more**

**+ 4 more**

⌄

**Get full report (/account/reports/generate/person/08Q4GR33DYQ?
firstName=Ana&lastName=Clarke&middleName=Elena)**

**See less ⌃**