# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, NATIONAL ASSOCIATION, AS TRUSTEE,<br><br>     Plaintiff,<br><br>v.<br><br>BLUESTONE COKE, LLC F/K/A ERP COMPLIANT COKE, LLC,<br><br>THOMAS M. CLARKE<br><br>and<br><br>ANA M. CLARKE,<br><br>     Defendants. | Case No. _____<br><br>AFFIDAVIT OF THOMAS MATTHEW CLARKE |

1. I am Thomas Matthew Clarke. I am a Defendant in the above-captioned matter. I am a resident of the Commonwealth of Virginia and have been at all times relevant to the above-captioned action.

2. I make this affidavit in support of Defendant Bluestone Coke's Notice of Removal, based on my personal knowledge. If called upon to do so, I would testify to the following facts.

3. At the time the above-captioned matter was filed, my wife, Ana Clarke, and I were, and continue to be citizens of Virginia.

4. We reside at 16620 Lee Hwy., Buchanan, VA 24066.

5. We have resided at that location since 2006, and we consider this our permanent residence and our domicile of record.

6. It is our present intent to remain Virginia citizens, residing at 16620 Lee Hwy., Buchanan, VA 24066.

7. My wife and I have Virginia driver's licenses.

8. My wife and I pay Virginia state income taxes.

9. My wife and I have business offices located at 192 Summerfield Court, Suite 203, Roanoke, VA 24019.

10. Neither I nor my wife have made any filings in the above captioned civil action.

Thomas Matthew Clarke

Sworn before me this **5** day of March 2020.

Jennifer Elaine Bell

Notary Public

County/City of **Botetourt**
Commonwealth/State of **VA**
The foregoing instrument was acknowledged before me this **5** day of **Mar** **2020**, by **Thomas M. Clarke**
(name of person seeking acknowledgement)
Jennifer Elaine Bell
Notary Public
My Commission Expires: **10/31/20**