**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UMB BANK, NATIONAL ASSOCIATION,
AS TRUSTEE,

                      Plaintiff

      -against-

BLUESTONE COKE, LLC F/K/A ERP
COMPLIANT COKE, LLC,THOMAS M.
CLARKE and ANA M. CLARKE,

                      Defendants.
---------------------------------------------------------------x

Civil Action No.: 1:20-cv-02043

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the law firm of Kelley Jasons McGowan Spinelli Hanna & Reber, LLP, hereby appears as counsel of record for the defendant, Bluestone Coke, LLC f/k/a ERP Compliant Coke, LLC, in the above-referenced case.

Dated: New York, New York
       March 6, 2020

                      **KELLEY JASONS MCGOWAN SPINELLI HANNA & REBER, LLP**

                      By:   */s/ Lee Schneider*
                            Lee Schneider, Esq. (LS-0911)
                            *Attorneys for Defendant,*
                            *Bluestone Coke, LLC, f/k/a ERP Compliant Coke, LLC*
                            120 Wall Street, 21st Floor
                            New York, NY 10005
                            Tel: (212) 344-7400
                            LSchneider@kjmsh.com

## **CERTIFICATE OF SERVICE**

I, Lee Schneider, Esquire, certify that on the 6th day of March, 2020, a copy of the foregoing NOTICE OF APPEARANCE, on behalf of defendant Bluestone Coke, LLC f/k/a ERP Compliant Coke, LLC, has been served via ECF upon all counsel of record in the Court's electronic filing system.


*/s/ Lee Schneider*
Lee Schneider