UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, NATIONAL ASSOCIATION, AS TRUSTEE,<br><br>                Plaintiff,<br><br>v.<br><br>BLUESTONE COKE, LLC F/K/A ERP COMPLIANT COKE, LLC, THOMAS M. CLARKE and ANA M. CLARKE,<br><br>                Defendants. | Case No. 1:20-cv-2043 |

## AFFIDAVIT OF JASON PEPE

STATE OF  MO  )
COUNTY OF St Louis City )

I, Jason Pepe, being of full age and sworn accordingly according to law, depose and say:

1. I am an attorney admitted to practice law in the States of Kansas, Missouri and Texas.

2. I am General Counsel – Litigation, for defendant, Bluestone Coke, LLC f/k/a ERP Compliant Coke, LLC ("Bluestone"), and submit this affidavit in support of my application for admission, *pro hac vice*, in this matter, as counsel for defendant, Bluestone.

3. I am a member in good standing of the Bar of the States of Kansas, Missouri and Texas, as set forth in my Certificates of Good Standing, a copy of which are attached hereto.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission to any court.

6. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

**WHEREFORE,** it is respectfully requested that this Court specifically admit me to practice, *pro hac vice*, and permit me to participating in the proceedings as counsel for defendant, Bluestone in this action.

_____
Jason Pepe

Sworn to before me on this 10
Day of March, 2020

_____
Notary Public.

SHELIA L. WHITLEY
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 05691156
St. Louis County
My Commission Expires: Apr. 15, 2022