UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, NATIONAL ASSOCIATION, AS TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>BLUESTONE COKE, LLC F/K/A ERP COMPLIANT COKE, LLC, THOMAS M. CLARKE and ANA M. CLARKE,<br><br>Defendants. | Case No. 1:20-cv-2043 |

## ORDER FOR PRO HAC VICE ADMISSION

The motion of Lee Schneider of Kelley Jasons McGowan Spinelli Hanna & Reber, LLP, attorney for Bluestone Coke, LLC f/k/a ERP Compliant Coke, LLC ("Bluestone") in the above-captioned matter, sponsoring the admission of attorney, Jason Pepe, Esq. to practice *Pro Hac Vice* in the above-captioned matter is **GRANTED**.

Applicant has declared that he is a member in good standing in the bar(s) of the state(s) of Kansas, Missouri and Texas, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Jason Pepe |
| Company Name: | Bluestone Coke, LLC |
| Address: | 302 S. Jefferson St., Suite 300, Roanoke, VA 24011 |
| Telephone: | (913) 206-6278 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Bluestone in the above action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____ day of March, 2020

                                                                                              _____
                                                                                              Hon. _____
                                                                                              United States District Judge