**Exhibit B to Thomas M. Clarke Affidavit**

**Organizational Charts**



Exhibit B to Clarke Affidavit - Page 2
Seminole Coal Resources, LLC
Redacted to Remove Names of Persons Not Party to this Case.

## Seminole Coal Resources, LLC



Case 1:20-cv-02043-LJL   Document 36-2   Filed 06/08/20   Page 4 of 4

