UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
UMB BANK, NATIONAL ASSOCIATION, AS                          :
TRUSTEE,                                                    :
                                                            :
                        Plaintiff,                          :   20-cv-2043 (LJL)
                                                            :
          -v-                                               :   ORDER
                                                            :
BLUESTONE COKE, LLC F/K/A ERP COMPLIANT                     :
COKE, LLC, THOMAS M. CLARKE and ANA M.                      :
CLARKE,                                                     :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2021

LEWIS J. LIMAN, United States District Judge:

    Defendants' liability in this case has been established, but litigation continues on the question of the damages owed. The parties have consented that, if they are unable to resolve the case on their own, the Court will resolve the amount of damages on papers submitted by the parties, without the need for testimony or trial. Plaintiff shall submit its papers to the Court by May 25, 2021. Any papers from Defendants shall be submitted by June 1, 2021 and any reply by Plaintiff shall be submitted by June 7, 2021.

    SO ORDERED.

Dated: May 5, 2021
       New York, New York

                                             LEWIS J. LIMAN
                                             United States District Judge