

July 26, 2021

**VIA ECF**
Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street. Courtroom15C
New York, NY 10007-1312

      Re:    <u>UMB Bank, N.A. v. Bluestone Coke, LLC f/k/a Compliant Coke, LLC *et al*</u>.
               Civil Action No.: 1:20-cv-2043-LJL

Dear Judge Liman:

      This firm serves as local counsel for defendant, Bluestone Coke, LLC f/k/a Complaint Coke, LLC ("Bluestone Coke") in the above-referenced action. With respect to the Court's Order, dated July 13, 2021, please be advised that Bluestone Coke does not intend to submit a supplemental opposition with respect to the issue of attorney's fees and expenses.

      Please advise as to any questions or issues.

                                                          Sincerely,

                                                           */s/ Lee Schneider*
                                                           Lee D. Schneider

**Cc: All parties via ECF**

Reply to:
*New York Office:*  120 Wall Street | 30th Floor| New York, NY  10005 | 212-344-7400 | Fax: 212-344-7402

Other Offices:
*Delaware Office:*  The Webster Building, Suite 209| 3411 Silverside Road | Wilmington, DE 19810 | 302.478.1113 | Fax: 302.478.7113
*Ohio Office:*  The Bradley Building, Suite 305 | 1220 West 6th Street | Cleveland, OH 44113 | 216.902.4444 | Fax: 216.902.4447
*Philadelphia Office:*  Two Liberty Place, Suite 1900 | 50 South 16th Street | Philadelphia, PA 19102 | 215.854.0658 | Fax: 215.854.8434
*Pittsburgh Office:*  Allegheny Building, Suite 1202 | 429 Forbes Avenue | Pittsburgh, PA 15219 | 412.434.6577 | Fax: 412.434.6544

www.kjmsh.com