**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UMB BANK, NATIONAL ASSOCIATION, AS TRUSTEE, | ) ) ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
| BLUESTONE COKE, LLC F/K/A ERP COMPLIANT COKE, LLC, THOMAS M. CLARKE, AND ANA M. CLARKE, | ) ) ) |
|  | ) |
| Defendants. | ) |

Case No. 1:20-cv-02043-LJL

**[PROPOSED] JUDGMENT ORDER**

1.      Judgment in the amount of $12,706,177.10 together with all interest accruing from May 25, 2021 through the date of this judgment order along with reasonable fees and costs incurred in connection with any enforcement of this judgment is hereby entered against Bluestone Coke, LLC f/k/a ERP Compliant Coke, LLC, Thomas M. Clarke, and Ana M. Clarke, jointly and severally, in favor of UMB Bank, National Association, as Trustee.

Dated:      8/10/2021

_____

District Court Judge Lewis J. Liman